969 A.2d 1178

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**James E. NIXON, Sr., Petitioner.**

**No. 3 EM 2009.**

Supreme Court of Pennsylvania.

April 2, 2009.

## ORDER

PER CURIAM.

**AND NOW,** this 2nd day of April, 2009, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED.**

969 A.2d 1178

**Raheem JOHNSON, Petitioner**

v.

**COURT OF COMMON PLEAS JUDGE, OF PHILADELPHIA COUNTY PA, Respondent.**

**No. 10 EM 2009.**

Supreme Court of Pennsylvania.

April 2, 2009.

## ORDER

PER CURIAM.

**AND NOW,** this 2nd day of April, 2009, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief and the Motion for Appointment of Counsel are **DENIED.**